| **2007 Billing Rates for Comparable Texas Law Firms**[1] | | |
|---|---|---|
| | **Partner/Of Counsel** | **Associate** |
| **Andrews Kurth** <br> 396 attorneys/Houston | $ 400-$ 795 | $ 210-$ 460 |
| **Gardere Wynne Sewell** <br> 284 attorneys/Dallas | $ 350-$ 715 | $ 220-$ 425 |
| **Locke Liddell & Sapp** (now Locke Lord Bissell Liddell) <br> 421 attorneys/Dallas | $ 375-$ 900 | $ 190-$ 390 |
| **Strasburger & Price** <br> 178 attorneys/Dallas | $ 225-$ 560 | $ 200-$ 395 |
| **Thompson & Knight** <br> 414 attorneys/Dallas | $ 370-$ 730 | $ 205-$ 370 |
| **Winstead** <br> 306 attorneys/Dallas | $ 345-$ 620 | $ 180-$ 360 |
| **Overall Average Range Rates** <br> Among Listed Firms | $ 344-$ 720 | $ 200-$ 400 |
| **Porter & Hedges** <br> Rates Charged to HDMS 2015–2017 | $ 600 | $ 250–$425 |

---

[1] Chart prepared by Mr. Kenneth Moscaret, a fee consultant and expert witness on the reasonableness of legal fees and the propriety of attorney billing practices, relying on December 2007 survey of the *National Law Journal*. This chart was used in *Desert Rock* to support a plaintiff's "fee request by citing to the table detailing the average billing rates for Houston's large firms in 2007 that [this Court] relied on in its opinion in *Newby v. Enron Corp. (In re Enron Corp. Sec.)*, 586 F. Supp. 2d 732, 780 (S.D. Tex. 2008)." Based on this chart and the declaration of its attorney-in-charge, the court found that the Plaintiffs had met their burden of demonstrating that their hourly rates were reasonable.

**Exhibit A-7**